Ismail Amin, Esq.
Nevada Bar No. 9343
**THE AMIN LAW GROUP, NV., LTD.**
3753 Howard Hughes Parkway,
Suite 200
Las Vegas, NV 89169
Tel: 702.990.3583
Fax: 702.441.2488
iamin@talglaw.com

John van Loben Sels (*Pro Hac Vice Pending*)
California Bar No. 201354
jvanlobensels@fishiplaw.com
Robert D. Fish (*Pro Hac Vice Pending*)
California Bar No. 149711
rfish@fishiplaw.com
**FISH IP LAW, LLP**
2603 Main Street, Suite 1000
Irvine, California 92614
Telephone:    (949) 943-8300
Facsimile:    (949) 943-8358

*Attorneys for Plaintiff*
*Bird B. Gone Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BIRD B. GONE INC., a California Corporation,<br><br>          Plaintiff,<br>     v.<br><br>HAIERC INDUSTRY CO., LTD., an alien,<br><br>          Defendant. | Case No. 2:18-cv-00819-APG-NJK<br><br>**STIPULATION [AND ~~PROPOSED~~ ORDER] REGARDING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>(**FIRST REQUEST**) |

COMES NOW, Plaintiff Bird-B-Gone, Inc. (hereinafter "BBG" or "Plaintiff"), by and through its counsel of record, and Defendant Haierc Industry Co., Ltd., (hereinafter referred to as "HIC" or "Defendant"), *pro se*, and, pursuant to LR IA 6-1 and hereby stipulate and agree to the following:

1. Plaintiff filed its Complaint in this matter on May 8, 2018 and a summons was issued to Defendant on the same date.
2. Plaintiff served Defendant Haierc Industry Co., Ltd., by personal service on May 8, 2018, making Defendant's current deadline to respond to Plaintiff's Complaint May 29, 2018.
3. Defendant has requested a fourteen (14) day extension of time to file a response to Plaintiff's Complaint, in order to accommodate the parties' ongoing discussions regarding a potential extrajudicial resolution of this matter, as well as to permit Defendant, an alien, to potentially obtain local counsel, and Plaintiff has agreed to the requested extension.
4. This is the parties' first such request for an extension of time for Defendant to respond to the Complaint.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Stipulation and Proposed Order Regarding Extension of Deadline

2

5. It is therefore stipulated by and the between the parties that Defendant shall have until June 12, 2018, to file a response to Plaintiff's Complaint.

Dated: May __21__, 2018

/s/ *Ismail Amin, Esq*
Ismail Amin, Esq.
Nevada Bar No. 9343
THE AMIN LAW GROUP, NV., LTD.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel: 702.990.3583
Fax: 702.441.2488
iamin@talglaw.com

John van Loben Sels (*Pro Hac Vice Pending*)
California Bar No. 201354
jvanlobensels@fishiplaw.com
Robert D. Fish (*Pro Hac Vice Pending*)
California Bar No. 149711
rfish@fishiplaw.com
FISH IP LAW, LLP
2603 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 943-8300
Facsimile: (949) 943-8358

*Attorneys for Plaintiff Bird-B-Gone, Inc.*

Dated: May __21__, 2018

/s/ _____
Haier Chen (General Manager)
Haierc Industry Co., Limited
#104Road, North Industry Park, Jinghai County, Tianjin City, P.R.China.
Cell: +86 18602234188
TEL: +86-22-68630570
haier@haierc.com
chenhai233@hotmail.com

*Defendant*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED: May 22, 2018

Stipulation and Proposed Order Regarding Extension of Deadline

3