# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BIRD-B-GONE, INC.,<br>　　　Plaintiff(s),<br>v.<br>HAIERC INDUSTRY CO., LTD.,<br>　　　Defendant(s). | Case No.: 2:18-cv-00819-RCJ-NJK<br>**ORDER** |

The Court ordered Defendant to respond to the complaint by June 12, 2018. Docket No. 11. Defendant has not appeared to date, nor has Plaintiff advanced the case. Accordingly, Plaintiff shall file either a motion for default or a status report by July 3, 2018.

IT IS SO ORDERED.

Dated: June 21, 2018

                                              _____
                                              Nancy J. Koppe
                                              United States Magistrate Judge